IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Gayen Hancock, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  CIV-10-822-L |
| ) | |
| American Telephone and Telegraph ) | |
| Company, et al, ) | |
| ) | |
| Defendants. ) | |

ORDER

Pursuant to the terms of my senior status service, this case is ordered returned to the Clerk of Court for reassignment to another judge.

IT IS SO ORDERED this 3rd day of August, 2010.

_____
TIM LEONARD
United States District Judge