IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAYEN HANCOCK, ET AL )<br>)<br>Plaintiffs, )<br>) <br>vs. )<br>)<br>AMERICAN TELEPHONE AND )<br>TELEGRAPH COMPANY, INC., ET AL. )<br>)<br>Defendants. ) | Case No. CIV-10-822-W |

## **DEFENDANT AT&T, INC.'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AT&T Inc. is a publicly held corporation.

Respectfully submitted this 20th day of October, 2010.

        /s/J. Henry Walker, IV
        J. Henry Walker, IV (*admitted pro hac vice*)
        Cindy D. Hanson (*admitted pro hac vice)*
        John P. Jett (*admitted pro hac vice*)
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, GA  30309-4530
        Telephone: (404) 815-6500
        Facsimile: (404) 541-3174
        hwalker@kilpatrickstockton.com
        chanson@kilpatrickstockton.com
        jjett@kilpatrickstockton.com

>Curtis Long, OBA No. 5540
>FELLERS, SNIDER,
>BLANKENSHIP, BAILEY &
>TIPPENS
>321 South Boston, Suite 800
>Tulsa, OK 74103-0621
>Telephone: (918) 925-5848
>Facsimile:  (918) 583-9659
>clong@fellerssnider.com
>
>Counsel for Defendant AT&T, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of October, 2010, I filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via Notice of Electronic Filing generated by CM/ECF:

Richard Denney, OBA No. 2297
Lydia Barrett, OBA No. 11670
Jason Eric Robinson, OBA NO. 22289
DENNEY & BARRETT, P.C.
870 Copperfield Dr., Ste. A
Norman, OK 73072
Telephone: 405/364-8600
Facsimile: 405/364-3980
Email: rdenney@dennbarr.com
lbarrett@dennbarr.com
jrobinson@dennbarr.com

Leon R. Russell
RUSSELL & SHIVER, L.L.P.
3102 Oak Lawn Ave., Suite 600
Dallas, TX 75219
Telephone: 214/443-0800
Facsimile: 214/443-0898
Email: leon@rs-attorneys.com

Robert N.M. Palmer
THE LAW OFFICES OF PALMER OLIVER, P.C.
205 Park Central East, Suite 511
Springfield, MO 65806
Telephone: 417/865-3234
Facsimile: 417/865-1698
Email: palmer@palmerlaw.com

Larry E. Coben
COBEN & ASSOCIATES
8710 East Vista Bonita Drive
Scottsdale, AZ 85255
Telephone: 480/515-4745
Facsimile: 480/515-4744
Email: LCoben@cobenlaw.com

Marcus W. Viles
Mark C. Menser
VILES & BECKMAN, LLC
6350 Presidential Court
Fort Myers, FL 33919
Telephone: 239/334-3933
Facsimile: 239/334-7105
Email: marcus@vilesandbeckman.com
markm@vilesandbeckman.com

/s/J. Henry Walker, IV
J. Henry Walker, IV