## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAYEN HANCOCK, DAVID CROSS, MONTEZ MUTZIG, and JAMES BOLLINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC., AT&T OPERATIONS, INC., SOUTHWESTERN BELL TELEPHONE COMPANY, L.P., PACIFIC BELL TELEPHONE COMPANY, ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY, INCORPORATED, MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, WISCONSIN BELL, INC., THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., and AT&T SOUTHEAST, INC.,<br><br>        Defendants. | Case No. CIV-10-822-W |

### DEFENDANT AT&T OPERATIONS, INC.'S NOTICE OF CORPORATE REORGANIZATION AND MERGER INTO AT&T SERVICES, INC.

Defendant AT&T Operations, Inc. hereby gives notice that its assets and liabilities were transferred to a wholly owned subsidiary of AT&T Operations, Inc., which merged into AT&T Services, Inc. as a result of a corporate reorganization effective December 31, 2010.

US2008 2267240.1

AT&T Services, Inc. is therefore the successor in interest to AT&T Operations, Inc. for the purposes of this litigation.

Respectfully submitted this 3rd day of February, 2011.

|  |  |
|---|---|
| | s/ J. Henry Walker, IV |
| Curtis M. Long | J. Henry Walker, IV (*pro hac vice*) |
| OBA No. 5504 | Cindy D. Hanson (*pro hac vice*) |
| **FELLERS, SNIDER, BLANKENSHIP,** | John P. Jett (*pro hac vice*) |
| **   BAILEY & TIPPENS, P.C.** | **KILPATRICK TOWNSEND &** |
| 321 South Boston | **   STOCKTON LLP** |
| Suite 800 | 1100 Peachtree Street, Suite 2800 |
| Tulsa, Oklahoma 74103-0621 | Atlanta, Georgia  30309-4528 |
| Telephone: (918) 599-0621 | Telephone: (404) 815-6500 |
| Facsimile:  (918) 583-9659 | Facsimile: (404) 815-6555 |
| clong@fellerssinder.com | hwalker@kilpatricktownsend.com |
| | chanson@kilpatricktownsend.com |
| *Counsel for Defendants* | jjett@kilpatricktownsend.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February, 2011, I filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via Notice of Electronic Filing generated by CM/ECF:

Richard Denney, OBA No. 2297
Lydia Barrett, OBA No. 11670
Jason Eric Robinson, OBA NO. 22289
DENNEY & BARRETT, P.C.
870 Copperfield Dr., Ste. A
Norman, OK 73072
Telephone: 405/364-8600
Facsimile: 405/364-3980
Email: rdenney@dennbarr.com
lbarrett@dennbarr.com
jrobinson@dennbarr.com

Leon R. Russell
RUSSELL & SHIVER, L.L.P.
3102 Oak Lawn Ave., Suite 600
Dallas, TX 75219
Telephone: 214/443-0800
Facsimile: 214/443-0898
Email: leon@rs-attorneys.com

Robert N.M. Palmer
THE LAW OFFICES OF PALMER OLIVER, P.C.
205 Park Central East, Suite 511
Springfield, MO 65806
Telephone: 417/865-3234
Facsimile: 417/865-1698
Email: palmer@palmerlaw.com

Larry E. Coben
COBEN & ASSOCIATES
8710 East Vista Bonita Drive
Scottsdale, AZ 85255
Telephone: 480/515-4745
Facsimile: 480/515-4744
Email: LCoben@cobenlaw.com

Marcus W. Viles
Mark C. Menser
VILES & BECKMAN, LLC
6350 Presidential Court
Fort Myers, FL 33919
Telephone: 239/334-3933
Facsimile: 239/334-7105
Email: marcus@vilesandbeckman.com
markm@vilesandbeckman.com

        s/ J. Henry Walker, IV
        J. Henry Walker, IV