**FILED**
United States Court of Appeals
Tenth Circuit

December 11, 2012

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| GAYEN HANCOCK; DAVID CROSS; MONTEZ MUTZIG; JAMES BOLLINGER,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>AMERICAN TELEPHONE AND TELEGRAPH COMPANY, INC.; AT&T OPERATIONS, INC.; SOUTHWESTERN BELL TELEPHONE COMPANY, LP; PACIFIC BELL TELEPHONE COMPANY; ILLINOIS BELL TELEPHONE COMPANY; INDIANA BELL TELEPHONE COMPANY INCORPORATED; MICHIGAN BELL TELEPHONE COMPANY; NEVADA BELL TELEPHONE COMPANY; THE OHIO BELL TELEPHONE COMPANY; WISCONSIN BELL, INC.; THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY; BELLSOUTH TELECOMMUNICATIONS, INC.; AT&T SOUTHEAST, INC.,<br><br>Defendants - Appellees. | No. 11-6233<br>(D.C. No. 5:10-CV-00822-W) |

**JUDGMENT**

---

Before **MURPHY**, **EBEL**, and **MATHESON**, Circuit Judges.

---

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

          Entered for the Court

          *Elisabeth A. Shumaker*

          ELISABETH A. SHUMAKER, Clerk