# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

April 22, 2013

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

civ- 10-822-W

Re:  Gayen Hancock, et al.
     v. AT&T, Inc., et al.
     No. 12-1112
     (Your No. 11-6233)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk